

## DUNNINGTON
### BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW    **MEMO ENDORSED**

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | LMcGrath@dunnington.com

March 7, 2024

**VIA ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Defendants' request for an extension of time to file the ESI protocol, until March 22, 2024, is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 3/8/24
> New York, New York

Re:   *Money Tree Capital Funding, LLC v. Money Tree Capital Markets, LLC, et al.*
      Case No. 1:22-cv-10084-ER

Dear Judge Ramos:

Dunnington, Bartholow and Miller ("DBM") is counsel to Defendants Money Tree Capital Markets LLC, a New York LLC ("MTCAP-NY") and Money Tree Capital Markets LLC, a Delaware LLC ("MTCAP-DE") (together the "MTCAP Defendants") and Kamal Malik ("Malik"). We write to request a two-week extension to the deadline to file the parties' ESI protocol, which is currently due on March 8, 2024.

The parties have been cooperating to prepare their ESI protocol with the aim of submitting it this week, but unforeseen delays in the collection and processing of our clients' ESI have prevented the parties from being able to finalize their search terms and document custodians. A two-week extension will allow the parties to finish negotiating these terms in a manner that will ultimately save the parties, as well as the Court, time and expense moving forward. As such, Defendants request that the deadline to submit the parties' agreed-upon ESI protocol with custodians and search terms be extended until March 22, 2024. We do not envision the need for another extension or request changes to any other discovery deadline in the Scheduling Order. Plaintiff does not object. This is the parties' third request for such an extension. The previous requests were granted.

We thank the Court for its time and consideration.

Respectfully Submitted,
/s/ Luke McGrath

cc:   All counsel of record (by ECF)