# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | LMcGrath@dunnington.com

November 5, 2024

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

**MEMO ENDORSED**

Re: *Money Tree Capital Funding, LLC v. Money Tree Capital Markets, LLC, et al.*,
Case No. 22-cv-10084-ER

Dear Judge Ramos:

The parties in this matter write jointly to inform the Court that they have agreed to a settlement in principle, subject to final documentation.

The parties write to the Court today to request a standstill of sixteen days up to and including November 21, 2024 in order to finalize settlement documentation.

On or before November 21, 2024, if the parties are unable to finalize this documentation, the parties shall update the Court and request a status conference.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Luke McGrath                           /s/ Joshua Wurtzel
Luke McGrath                                Joshua Wurtzel
Dunnington, Bartholow & Miller              Schlam, Stone & Dolan LLP

---

The parties' request to stay the case is granted. The parties are directed to provide a joint status report by November 21, 2024. The Clerk of Court is respectfully directed to terminate the motion, Doc. 224.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 6, 2024
New York, New York